This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO ex rel**.
**HUMAN SERVICES DEPARTMENT**
**and CHRISTINA GIERS**,

Petitioners-Appellees,

v.                                                            **NO. 35,489**

**BOB BUDOW**,

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Deborah D. Walker, District Judge**

Hector H. Balderas, Attorney General
Lila Bird, Special Assistant Attorney General
Santa Fe, NM

for Appellee

Christina Giers
Dedham, MA

Pro Se

Joseph Sullivan
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Chief Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**


_____

**MICHAEL E. VIGIL, Chief Judge**


**WE CONCUR**:


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**M. MONICA ZAMORA, Judge**